**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ENCORE BANK, N.A.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:11-CV-03552** |
| | § | |
| **BANK OF AMERICA, N.A.,** | § | |
| **BAC HOME LOAN SERVICING, LP, and** | § | |
| **COUNTRYWIDE HOME LOANS, INC.** | § | |
| | § | |
| **Defendants.** | § | |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

TO THE HONORABLE MELINDA HARMON, UNITED STATES DISTRICT JUDGE:

In accordance with the Court's Order entered March 6, 2013 (Docket No. 50), Plaintiff Cadence Bank, N.A. f/k/a Encore Bank, N.A., and Defendants Bank of America, N.A., BAC Home Loan Servicing, LP and Countrywide Home Loans, Inc. (collectively, the "Defendants" and together with Plaintiff, collectively, the "Parties") file this Status Report.

1. The Parties have made substantial progress in consummating their settlement, which includes implementing the servicing transfer of approximately 300 mortgage loans.

2. The effective date of the servicing transfer was June 30, 2013, following which, the Parties have certain continuing obligations, including some that must be performed for approximately 60 days post-transfer in which they must account to one another for funds received and funds required to be reimbursed or paid to the other.

3. The Parties request that, instead of entering a 90-day order of dismissal as provided under Local Rule 16.3, the Court continue to stay the action pending completion of settlement obligations, and set a date for the Parties to file, at their election, either a joint motion for dismissal, or a further status report, in approximately 90 days.

The Parties expect to be in a position to dismiss this action in approximately 90 days.  A further stay of the case will facilitate settlement, but premature dismissal will be prejudicial to completion of the settlement.

Dated July 3, 2013                    Respectfully submitted,

                                        */s/ Mark S. Finkelstein*
                                        Mark S. Finkelstein
                                        S.D. Tex. Bar No. 5543
                                        Texas Bar No. 07015100
                                        1001 McKinney Street, Suite 1100
                                        Houston, Texas  77002
                                        (713) 646-5555 (Telephone)
                                        (713) 752-0337 (Facsimile)
                                        mfinkelstein@smfalaw.com

                                        ATTORNEY-IN-CHARGE FOR PLAINTIFF,
                                        CADENCE BANK, N.A. fka ENCORE BANK, N.A.

OF COUNSEL:

SHANNON, MARTIN, FINKELSTEIN & ALVARADO
A Professional Corporation
George A. Shannon
S.D. Tex. Bar No. 7740
Texas Bar No. 18106000
1001 McKinney Street, Suite 1100
Houston, Texas  77002
(713) 646-5500 (Telephone)
(713) 752-0337 (Facsimile)

                                        */s/ Walter Herring*
                                        Walter Herring
                                        Texas Bar No. 09535300
                                        2200 Ross Avenue, Suite 3300
                                        Dallas, TX 75201
                                        (214) 721-8000 (Telephone)
                                        (214) 721-8100 (Facsimile)
                                        walter.herring@bryancave.com

                                        ATTORNEY-IN-CHARGE FOR DEFENDANTS
                                        BANK OF AMERICA, N.A., for itself and as
                                        successor by merger to BAC HOME LOAN
                                        SERVICING, LP, and COUNTRYWIDE HOME
                                        LOANS, INC.

OF COUNSEL:

BRYAN CAVE LLP
Keitha M. Wright
Texas Bar No. 24075310
2200 Ross Avenue, Suite 3300
Dallas, TX 75201
(214) 721-8000 (Telephone)
(214) 721-8100 (Facsimile)
keitha.wright@bryancave.com

## <u>CERTIFICATE OF SERVICE</u>

     I, Mark S. Finkelstein, hereby certify that on July 3, 2013, a true copy of this document was served in accordance with the ECF filing system of the United States District Court for the Southern District of Texas to the following attorneys for Defendants Bank of America, N.A., BAC Home Loan Servicing, LP and Countrywide Home Loans, Inc. in the referenced civil action:

| Raymond A. Chenault | Walter A. Herring |
|---|---|
| McGlinchey Stafford | Bryan Cave LLP |
| 1001 McKinney Street, Ste. 1500 | 2200 Ross Ave., Ste 3300 |
| Houston, Texas 77002 | Dallas, Texas 75201 |

/s/ *Mark S. Finkelstein*
Mark S. Finkelstein