**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ENCORE BANK, N.A.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:11-CV-03552** |
| | § | |
| **BANK OF AMERICA, N.A.,** | § | |
| **BAC HOME LOAN SERVICING, LP, and** | § | |
| **COUNTRYWIDE HOME LOANS, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT STATUS REPORT REGARDING SETTLEMENT

TO THE HONORABLE MELINDA HARMON, UNITED STATES DISTRICT JUDGE:

In accordance with the Court's Order entered March 6, 2013 (Docket No. 50), Plaintiff Cadence Bank, N.A. f/k/a Encore Bank, N.A., and Defendants Bank of America, N.A., BAC Home Loan Servicing, LP and Countrywide Home Loans, Inc. (collectively, the "Defendants" and together with Plaintiff, collectively, the "Parties") file this Status Report.

1. The Parties have made additional progress, including signing a Servicing Transfer Agreement, Settlement, and Mutual Release, and have largely effectuated the servicing transfer of nearly 300 mortgage loans. However, there are required instruments of further assurance, including assignment documentation, that has not been fully executed and delivered to Cadence.

2. The Parties request that, instead of entering an order of dismissal, the Court continue to stay the action pending completion of certain remaining settlement obligations, and set a date for the Parties to file, at their election, either a joint motion for dismissal, or a further status report, on or before November 1, 2013.

3. The Parties expect to be in a position to dismiss this action on November 1, 2013. Continuing the stay of the case will facilitate consummating the settlement.

Dated October 1, 2013                    Respectfully submitted,

                                          /s/ *Mark S. Finkelstein*
                                          Mark S. Finkelstein
                                          S.D. Tex. Bar No. 5543
                                          Texas Bar No. 07015100
                                          1001 McKinney Street, Suite 1100
                                          Houston, Texas  77002
                                          (713) 646-5555 (Telephone)
                                          (713) 752-0337 (Facsimile)
                                          mfinkelstein@smfalaw.com

                                          ATTORNEY-IN-CHARGE FOR PLAINTIFF,
                                          CADENCE BANK, N.A. fka ENCORE BANK, N.A.

OF COUNSEL:

SHANNON, MARTIN, FINKELSTEIN & ALVARADO
A Professional Corporation
George A. Shannon
S.D. Tex. Bar No. 7740
Texas Bar No. 18106000
1001 McKinney Street, Suite 1100
Houston, Texas  77002
(713) 646-5500 (Telephone)
(713) 752-0337 (Facsimile)

                                          /s/ *Walter Herring*
                                          Walter Herring
                                          Texas Bar No. 09535300
                                          2200 Ross Avenue, Suite 3300
                                          Dallas, TX 75201
                                          (214) 721-8000 (Telephone)
                                          (214) 721-8100 (Facsimile)
                                          walter.herring@bryancave.com

                                          ATTORNEY-IN-CHARGE FOR DEFENDANTS
                                          BANK OF AMERICA, N.A., for itself and as
                                          successor by merger to BAC HOME LOAN
                                          SERVICING, LP, and COUNTRYWIDE HOME
                                          LOANS, INC.

OF COUNSEL:

BRYAN CAVE LLP
Keitha M. Wright
Texas Bar No. 24075310
2200 Ross Avenue, Suite 3300
Dallas, TX 75201
(214) 721-8000 (Telephone)
(214) 721-8100 (Facsimile)
keitha.wright@bryancave.com

## **CERTIFICATE OF SERVICE**

I, Mark S. Finkelstein, certify that on October 1, 2013, a true copy of this Status Report was filed and served via the ECF filing system of the United States District Court for the Southern District of Texas upon the following attorneys for Defendants Bank of America, N.A., BAC Home Loan Servicing, LP and Countrywide Home Loans, Inc. in the referenced civil action:

| | |
|---|---|
| Raymond A. Chenault<br>McGlinchey Stafford<br>1001 McKinney Street, Ste. 1500<br>Houston, Texas 77002 | Walter A. Herring<br>Bryan Cave LLP<br>2200 Ross Ave., Ste 3300<br>Dallas, Texas 75201 |

/s/ *Mark S. Finkelstein*_____
Mark S. Finkelstein